MORGAN, LEWIS & BOCKIUS LLP
Brian C. Frontino (SBN 222032)
brian.frontino@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Tel: +310.907.1000
Fax: +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Christina Chen (SBN 294921)
christina.chen@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GABRIEL, | Case No. 2:26-CV-00504-CKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION PENDING ARBITRATION OF PLAINTIFF'S CLAIMS AGAINST AMERICAN EXPRESS NATIONAL BANK ONLY** |
| vs. | |
| AMERICAN EXPRESS COMPANY, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION
CASE NO. 2:26-CV-00504-CKD

1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

## [PROPOSED] ORDER

The Court, having reviewed the Joint Motion and Stipulation to Arbitrate and Stay action filed by Plaintiff Denise Gabriel ("Plaintiff") and American Express National Bank ("American Express," erroneously sued as "American Express Company") (collectively the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1.    The court approves the joint request.

2.    All of Plaintiff's claims against American Express in this action shall be submitted to binding arbitration pursuant to the terms of the arbitration provision contained in the Cardmember Agreement governing Plaintiff's American Express Card account, a copy of which is attached to the Stipulation as Exhibit 1 (ECF No. 6 at 6-10); and

3.    Pursuant to the parties' stipulation, the Court orders that proceedings in this action shall be stayed as to American Express only, pending completion of the arbitration.

Dated:  April 28, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 gabr26cv0504.stip.arb

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

2                    CASE NO. 2:26-CV-00504-CKD